UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT O. WATSON, | ) | CASE NO. 1:07 CV 1994 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| GERALD T. MCFAUL, | ) | |
| | ) | |
| Defendants. | ) | |

      This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

      /s/*SOLOMON OLIVER, JR.*
      UNITED STATES DISTRICT JUDGE